IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUDITH YIGAL, Biological Mother, )
on behalf of minor R.Y., and      )
OMRI YIGAL, Biological Father,    )
and on behalf of R.Y. Our         )
Biological Daughter; and our      )
Filipino Family                   )
                                  )
        Plaintiffs,               )
                                  )
v.                                )     CASE NO. CV421-079
                                  )
THOMAS L. COLE, JULIA A BUTLER,   )
ANDRAYA A MIMMS, LEO G BECKMANN,  )
JR, WENDY M FUREY, NICOLE HENRY,  )
CYRUS HANSBERRY, ERICA FATH,      )
PEGGY EDWARDS, KATHERINE DAVIS,   )
KATHLEEN DAVIS, STEPHANIE         )
BABCOCK-WRIGHT, DIETTE BARNWELL,  )
NANCY OGLETREE, CHRISTINE         )
SCHNIEDER, ARCHANA BROJMUHUN,     )
.JAMES MCGRATH, CHARLOTTE         )
FLEMING, and JERALD GOTTLIEB;     )
                                  )
        Defendants.               )
                                  )

## O R D E R

Before the Court is the Magistrate Judge's July 29, 2022,

Report and Recommendation (Doc. 34), to which no party has filed

objections. After a careful review of the record,[1] the Magistrate

---

[1] The Court reviews de novo a magistrate judge's findings to
which a party objects, and the Court reviews for clear error the
portions of a report and recommendation to which a party does
not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide
Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020)
(outlining the standard of review for reports and
recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781,
784 (11th Cir. 2006) (per curiam))).

Judge's Report and Recommendation (Doc. 34) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Amended Complaint (Doc. 4) is **DISMISSED WITH PREJUDICE,** and Plaintiff's pending motions (Docs. 31, 32, 33) are **DENIED.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of August 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2