AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JUDITH YIGAL; OMRI YIGAL,

   Plaintiff's

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV421-79

THOMAS L. COLE et al.,

   Defendant's,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated August 26, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Amended Complaint is dismissed with prejudice and Plaintiff's pending motions are denied. This action stands closed.



August 29. 2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020